**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Tuvia Korobkin (SBN 268066)
tkorobkin@haineslawgroup.com
Sean M. Blakely (SBN 264384)
sblakely@haineslawgroup.com
2274 E. Maple Avenue
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

**TOJARIEH LAW FIRM**
Joseph Tojarieh (SBN 265492)
jft@tojariehlaw.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Tel: (310) 553-5533
Fax: (310) 553-5536

**SIMON ESFANDI, A PROFESSIONAL LAW CORORATION**
Simon Esfandi (SBN 275307)
simon@esfandilaw.com
12100 Wilshire Boulevard, Suite 1225
Los Angeles, California 90025
Tel: (310) 853-1924
Fax: (310) 492-0415

Attorneys for Plaintiffs MARIA LOPEZ and ANGELO VIZCAINO

*[Additional counsel listed on following page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AEROTEK, INC., a Maryland corporation; AVISTA, INCORPORATED, a Wisconsin corporation; Kirkhill-TA CO.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV-14-803-CJC (JCGx)<br><br>[*Assigned to Hon. Cormac J. Carney*]<br><br>**JOINT STATUS REPORT RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date Action Filed: April 9, 2014<br>Date of Removal: May 22, 2014 |

**Additional counsel**

**MORGAN, LEWIS & BOCKIUS LLP**
John S. Battenfeld (SBN 119513)
john.battenfeld@morganlewis.com
Kathryn T. McGuigan (SBN 232112)
kathryn.mcguigan@morganlewis.com
Anna Kim (SBN 292082)
anna.kim@morganlewis.com
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, California 90071-3132
Tel: (213) 612-2500
Fax: (213) 612-2501

**MORGAN, LEWIS & BOCKIUS LLP**
Shannon B. Nakabayashi (SBN 215469)
shannon.nakabayashi@morganlewis.com
One Market Street, Spear Tower
San Francisco, California 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Attorneys for Defendant AEROTEK, INC.

**SEYFARTH SHAW LLP**
David D. Kadue (SBN 113578)
dkadue@seyfarth.com
Jamie Chanin Pollaci (SBN 244659)
jpollaci@seyfarth.com
Leo Q. Yi (SBN 293539)
lli@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Tel: (310) 277-7200
Fax: (310) 201-5219

**SEYFARTH SHAW LLP**
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Rocio Herrera (SBN 237139)
rherrera@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071-1406
Tel: (213) 270-9600
Fax: (213) 270-9601

Attorneys for Defendant KIRKHILL-TA CO.

**JOINT STATUS REPORT**

Plaintiffs Maria Lopez and Angelo Vizcaino ("Plaintiffs") on one hand, and Defendants Aerotek, Inc. and Kirkhill TA-Co., Inc. (collectively "Defendants") on the other hand (collectively the "Parties"), hereby provide the following status report regarding Plaintiffs' anticipated Motion for Preliminary Approval of Class Action Settlement:

On February 16, 2017, Defendant Aerotek, Inc. notified the Court that the Parties had reached an agreement to resolve all of Plaintiffs' claims on a classwide basis, and that Plaintiffs would file a Motion for Preliminary Approval of Class Action Settlement within 90 days [Dkt. No. 110];

Since that time, the Parties have been working diligently to prepare and finalize the long-form Settlement Agreement and to prepare the Motion for Preliminary Approval, but require some additional time to finalize the settlement and associated documents and finish drafting the Motion.

Accordingly, the Parties now anticipate that Plaintiffs will file their Motion for Preliminary Approval of Class Action Settlement on or before June 28, 2017.

Dated: May 12, 2017

Respectfully submitted,
HAINES LAW GROUP, APC

By: */s/ Paul K. Haines*
Paul K. Haines
Attorneys for Plaintiffs

Dated: May 12, 2017

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Shannon B. Nakabayashi*
Shannon B. Nakabayashi
Attorneys for Defendant Aerotek, Inc.

1
JOINT STATUS REPORT RE: MOTION FOR PRELIMINARY APPROVAL

Dated: May 12, 2017          SEYFARTH SHAW LLP

                             */s/ Jamie C. Pollaci*
                             Jamie C. Pollaci
                             Attorneys for Defendant Kirkhill-TA Co.

## Attestation of Concurrence

I, Paul K. Haines, hereby attest that all other signatories to this document, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: May 12, 2017          */s/ Paul K. Haines*
                             Paul K. Haines
                             Attorneys for Plaintiffs