1 | **HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Tuvia Korobkin (SBN 268066)
tkorobkin@haineslawgroup.com
Sean M. Blakely (SBN 264384)
sblakely@haineslawgroup.com
2274 E. Maple Avenue
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

**TOJARIEH LAW FIRM, PC**
Joseph Tojarieh (SBN 265492)
jft@tojariethlaw.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Tel: (310) 553-5533
Fax: (310) 553-5536

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ and ANGELO VIZCAINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AEROTEK, INC., a Maryland corporation; AVISTA, INCORPORATED, a Wisconsin corporation; KIRKHILL-TA CO.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV-14-803-CJC-(JCGx)<br><br>**DECLARATION OF TUVIA KOROBKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Cormac J. Carney<br>Date: August 7, 2017<br>Time: 1:30 p.m.<br>Courtroom: 9B |

1

KOROBKIN DECLARATION ISO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

I, TUVIA KOROBKIN, declare as follows:

1. I am an associate with Haines Law Group, APC, co-counsel for the named Plaintiffs Maria Lopez and Angelo Vizcaino ("Plaintiffs") and the proposed Settlement Class in the above-captioned matter. I am a member in good standing of the bar of the State of California and am admitted to practice in this Court. I have personal knowledge of the facts stated in this declaration and could testify competently to them if called upon to do so.

2. I am a 2009 graduate of the UCLA School of Law. I was admitted to the California State Bar in December 2009 after passing the bar exam on my first attempt. Since that time, I have practiced almost exclusively in the area of employment litigation. From May 2010 to May 2014, I worked as an associate at the employment law firm of Eisenberg & Associates in Los Angeles. From May 2014 to January 2016, I worked as an associate at the employment law firm of Setareh Law Group in Beverly Hills. The vast majority of my work at both Eisenberg & Associates and Setareh Law Group focused on representing employees in wage and hour and wrongful termination actions, including wage and hour class actions. Although non-exhaustive, the types of work I performed at those firms include: conducting client intakes, performing pre-filing research and analysis, drafting complaints, attending court hearings, corresponding with opposing counsel, drafting and responding to written discovery, preparing for and taking and defending depositions, analyzing payroll and timekeeping records and employee handbooks, drafting and opposing motions for summary judgment, as well as a variety of other motions such as motions for remand, demurrers and motions to dismiss, motions to compel, motions to quash, and motions for class certification, drafting mediation briefs, attending mediations, drafting long-form settlement agreements, drafting motions for preliminary and final settlement approval, and overseeing the claims and/or opt-out processes. I have also drafted appellate briefs for the California Court of Appeal and the Ninth Circuit Court of

1   Appeals, and have argued before the California Court of Appeal, all in connection
2   with employment matters.
3          3.     Since February 2016 I have worked as an associate at my current
4   firm, Haines Law Group, APC. I am currently staffed on approximately thirty
5   (30) active wage and hour class actions in which I play a significant role, including
6   a number of "hybrid" actions asserting nationwide wage and hour claims under
7   the Fair Labor Standards Act ("FLSA") as well as California-specific claims under
8   Rule 23 of the Federal Rules of Civil Procedure.
9          4.     The following is a non-exhaustive list of wage and hour class actions
10  in which I have been appointed as class counsel and/or played a significant role in
11  prosecuting the litigation, and which have received final approval: *Tiwari v.
12  Merrill's Packaging, Inc.,* Case No. 519070, California Superior Court, San Mateo
13  County, Judge Marie S. Weiner presiding (granted final approval of settlement on
14  behalf of packaging center employees involving claims for meal and rest period
15  violations, unpaid wages, and other claims); *Ambriz v. Coca Cola Company*, Case
16  No. 2:14-cv-00715-SVW-FFM, United States District Court, Central District of
17  California, Judge Steven V. Wilson presiding (granted final approval of settlement
18  on behalf of technicians involving claims for unpaid commute time, vacation pay,
19  and other claims, in which I was approved at an hourly rate of $400 for work
20  performed in 2014 and 2015); *Bellinghausen v. Tractor Supply Company*, Case
21  No. 3:13-cv-02377-JSC, United States District Court, Northern District of
22  California, Magistrate Judge Jacqueline Scott Corley presiding (granted final
23  approval of settlement on behalf of retail employees involving claims for failure
24  to provide meal and rest periods, failure to pay overtime, and other claims, in
25  which I was approved at an hourly rate of $400 for work performed in 2014 and
26  2015); *Montgomery v. Del Monte Corp.*, et al, Case No. 13C0204, Superior Court
27  of California, Kings County, Judge James LaPorte presiding (granted final
28  approval of settlement on behalf of manufacturing employees involving claims for

failure to provide meal and rest periods, failure to pay overtime, and other claims); *Adams v. Medical Staffing Network, et al*, Case No. 34-2012-00137491-CU-OE-GDS, California Superior Court, Sacramento County, Judge David I. Brown presiding (granted final approval of settlement on behalf of temporary staffing employees involving claims for failure to provide meal and rest breaks and other claims, in which I was approved at an hourly rate of $400 for work performed in 2014 and 2015); *DeLeon v. Vista Paint*, Case No. 2003984, California Superior Court, Stanislaus County, Judge John D. Freeland presiding (granted final approval of settlement on behalf of retail employees involving claims for failure to provide meal and rest periods, failure to pay overtime, and other claims); *Robinson, et al v. Airgas On-Site Safety Services, Inc.*, et al, Case No. BC523502, California Superior Court, Los Angeles County, Judge Elihu M. Berle presiding (granted final approval of settlement on behalf of on-site gas safety workers involving claims for unpaid commute time, unpaid overtime, and other claims); *Daniel v. For Eyes Optical Company of California, Inc.*, Case No. CGC-13-531672, California Superior Court, San Francisco County, Judge Ernest H. Goldsmith presiding (granted final approval of settlement on behalf of retail employees involving claims for unpaid overtime based on failure to properly calculate regular rate, failure to provide meal and rest periods, and other claims); *Hirst v. S.P. Carpet Pros, Inc., et al*, Case No. SCV-254476, Superior Court of California, Sonoma County, Judge Nancy Case Shaffer presiding (granted final approval of settlement on behalf of carpet installers involving claims for defective piece rate plan, failure to reimburse expenses, and other claims); *Tesla Motors Wage and Hour Litigation*, JCCP 4792, California Superior Court, Santa Clara County, Judge Peter H. Kirwan presiding (granted final approval of settlement on behalf of automotive factory workers involving claims for failure to pay overtime, failure to provide meal and rest periods, and other claims, in which I was approved an hourly rate of $450 for work performed in 2014, 2015, and 2016); *Nable v.*

*TransFirst, LLC*, Case No. 8:15-cv-00891-DOC-JCG, United States District Court, Central District of California, District Judge David O. Carter presiding (granted final approval of settlement of hybrid nationwide FLSA/California Rule 23 class action involving claims for failure to pay overtime, failure to provide meal periods, off-the-clock work, and other claims); *Horta v. Searles Valley Minerals, Inc.*, Case No. CIVDS 1507615, California Superior Court, County of San Bernardino, Honorable Donald Alvarez presiding (granted final approval of settlement on behalf of mining technicians involving claims for regular rate miscalculation, failure to provide legally compliant meal periods, failure to authorize and permit all rest periods, as well as other claims, in which I was approved at an hourly rate of $450 for work performed in 2016); *Ruiz v. Lakin Tire West, Inc.*, Case No. BC591762, California Superior Court, Los Angeles County, Honorable John Shepard Wiley, Jr. presiding (granted final approval of settlement on behalf of manufacturing and other employees involving claims for failure to pay overtime wages, failure to authorize and permit rest periods, and other claims, in which I was approved at an hourly rate of $450 for work performed in 2016); *Andre v. IMAX Corp., et al*, Case No. BC603643, California Superior Court, County of Los Angeles, Honorable John Shepard Wiley, Jr., presiding (approving an hourly rate of $450 for work performed in 2016 and 2017); *Rodriguez v. Spartan, Inc.*, Case No. BCV-15-100007-DRL, California Superior Court, County of Kern, Honorable David R. Lampe presiding (approving hourly rate of $450 for work performed in 2016 and 2017); *Kostyuk, et al v. Golden State Overnight Delivery Service, Inc.*, Case No. RG14727191, California Superior Court, Alameda County, Honorable Winifred Y. Smith presiding (granted final approval of settlement on behalf of courier drivers involving claims for failure to provide meal periods, failure to pay wages, and other claims, in which I was approved at an hourly rate of $450 for work performed in 2016 and 2017).
///

5. As counsel for Plaintiffs, I am intimately involved with this litigation and am familiar with all aspects of this litigation. The details of the work completed in this case by me and the other attorneys in my firm are set forth in the declaration of Paul K. Haines filed concurrently herewith.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 28, 2017, at El Segundo, California.

_____
Tuvia Korobkin