**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Tuvia Korobkin (SBN 268066)
tkorobkin@haineslawgroup.com
Sean M. Blakely (SBN 264384)
fschmidt@haineslawgroup.com
2274 E. Maple Avenue
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

**TOJARIEH LAW FIRM, PC**
Joseph Tojarieh (SBN 265492)
jft@tojariethlaw.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Tel: (310) 553-5533
Fax: (310) 553-5536

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ and ANGELO VIZCAINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AEROTEK, INC., a Maryland corporation; AVISTA, INCORPROATED, a Wisconsin corporation; KIRKHILL-TA CO.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV-14-803-CJC-(JCGx)<br><br>**PLAINTIFF MARIA LOPEZ'S DECLARATION IN SUPPORT OF APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action Filed:   April 9, 2014<br>Action Removed: May 22, 2014 |

1

DECLARATION OF MARIA LOPEZ ISO APPROVAL OF CLASS ACTION SETTLEMENT

I, MARIA LOPEZ, declare as follows:

1.      I am an individual over the age of 18 and am a named plaintiff in this matter.  This declaration is submitted in support of approval of the class action Settlement in this case.  I have personal knowledge of the facts stated in this declaration and could testify competently to them if called upon to do so.

2.      I worked for Aerotek, Inc. ("Aerotek") and was staffed as a non-exempt hand builder at the Kirkhill facility in Brea, CA from approximately September 2011 to approximately November 2012.  During my employment with Aerotek at the Kirkhill Facility, I was subjected to Aerotek's and Kirkhill's wage and hour policies.  It is my understanding that I was not properly paid all of my earned wages as a result of Aerotek and Kirkhill's rounding practices, that I was not authorized and permitted to take paid rest periods, that I was not provided proper meal periods, that my wage statements were inaccurate and deficient, and that I did not receive all final wages owed to me upon my separation of employment from Aerotek.

3.      At the time of filing this lawsuit, I understood that this lawsuit had the potential to benefit my former co-workers and current non-exempt employees at the Kirkhill Facility by facilitating the recovery of their unpaid wages, meal and rest period premium wages, and associated penalties.  When this lawsuit was filed, I knew that there was a risk that I could be liable for the Defendants' costs if we lost the case.  I accepted this risk because I wanted the Defendants to compensate their current and former non-exempt employees for all their unpaid wages, penalties, and other monies due to them.  Even though I understood that filing a lawsuit is a public record, I accepted that burden for the benefit of current and future employees at the Kirkhill Facility.

4.      I have been actively involved in this litigation since before it was filed. I met with my attorneys on numerous occasions to discuss the Defendants' wage and hour policies and case strategy, among other things. I also helped my attorneys

identify potential witnesses and supplied various employment-related documents for the lawsuit. I reviewed my personnel file and earnings statements, as well as the Defendants' employment policies with my attorneys, and I told my attorneys about the working conditions and practices that were in effect when I worked at the Kirkhill Facility. I estimate that I have spent approximately 20 hours in total on these activities in order to move this case towards resolution.

5. I understand that my attorneys will request that the Court award me an incentive payment of $5,000 for my service and efforts on behalf of the proposed Settlement Class. This proposed $5,000 incentive payment is not contingent upon my supporting the proposed class action settlement regardless of its fairness.

6. As part of the proposed class action settlement, I have agreed to a full release of all claims that are released in the Settlement Agreement, subject to a waiver of Civil Code § 1542, which means that I release claims that I do not know or suspect to exist, which extends beyond the release of claims applicable to members of the Settlement Class.

I have reviewed this written statement and fully understand all of its contents. I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct. Executed on June 27, 2017, at \_\_\_\_Victorville\_\_\_\_, California.

*Maria Lopez* (signature)

Maria Lopez