**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Tuvia Korobkin (SBN 268066)
tkorobkin@haineslawgroup.com
Sean M. Blakely (SBN 264384)
fschmidt@haineslawgroup.com
2274 E. Maple Avenue
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

**TOJARIEH LAW FIRM, PC**
Joseph Tojarieh (SBN 265492)
jft@tojariethlaw.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Tel: (310) 553-5533
Fax: (310) 553-5536

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ and ANGELO VIZCAINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AEROTEK, INC., a Maryland corporation; AVISTA, INCORPROATED, a Wisconsin corporation; KIRKHILL-TA CO.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV-14-803-CJC-(JCGx)<br><br>**PLAINTIFF ANGELO VIZCAINO'S DECLARATION IN SUPPORT OF APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action Filed:    April 9, 2014<br>Action Removed: May 22, 2014 |

1

DECLARATION OF ANGELO VIZCAINO ISO APPROVAL OF CLASS ACTION SETTLEMENT

I, ANGELO VIZCAINO, declare as follows:

1. I am an individual over the age of 18 and am a named plaintiff in this matter. This declaration is submitted in support of approval of the class action Settlement in this case. I have personal knowledge of the facts stated in this declaration and could testify competently to them if called upon to do so.

2. I worked for Aerotek, Inc. ("Aerotek") and was staffed as a non-exempt machine operator at the Kirkhill facility in Brea, CA from approximately April 2013 until approximately December 2014, when I was hired directly by Kirkhill to perform non-exempt laboratory work. During my employment at the Kirkhill Facility, I was subjected to Aerotek's and/or Kirkhill's wage and hour policies. It is my understanding that I was not properly paid all of my earned wages as a result of Aerotek and Kirkhill's rounding practices, that I was not authorized and permitted to take third rest periods on shifts of more than 10.0 hours, that I was not provided proper meal periods, that my wage statements were inaccurate and deficient, and that I did not receive all final wages owed to me upon my separation of employment.

3. I understood that this lawsuit could help my former co-workers and current non-exempt employees at the Kirkhill Facility by enabling the recovery of their unpaid wages, meal and rest period premium wages, and associated penalties. I knew there was a risk that I could be responsible for the Defendants' costs if we lost the case. I accepted this risk because I wanted the Defendants to compensate current and former non-exempt employees at the Kirkhill Facility for all their unpaid wages, penalties, and other monies due to them. Even though I understood that filing a lawsuit is a public record, I accepted that burden for the benefit of current and future employees at the Kirkhill Facility.

4. I met with my attorneys on numerous occasions, both on the phone and in person, to discuss the Defendants' wage and hour policies, case strategy, and other things related to the case. I helped my attorneys identify potential witnesses

and supplied them with relevant documents for the lawsuit. I reviewed my personnel file, my earnings statements, and the Defendants' employment policies with my attorneys, and I told my attorneys about the working conditions and practices that were in effect when I worked at the Kirkhill Facility. I estimate that I have spent approximately 20 hours in total on these activities in order to move this case towards resolution.

5. I understand that my attorneys will request that the Court award me an incentive payment of $5,000 for my service and efforts on behalf of the proposed Settlement Class. This proposed $5,000 incentive payment is not contingent upon my supporting the proposed class action settlement regardless of its fairness.

6. As part of the proposed class action settlement, I have agreed to a full release of all claims that are released in the Settlement Agreement, subject to a waiver of Civil Code § 1542, which means that I release claims that I may not know or suspect to exist, which extends beyond the release of claims applicable to members of the Settlement Class.

I have reviewed this written statement and fully understand all of its contents. I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct. Executed on June 27, 2017, at ~~norwalk~~, California.

_____
Angelo Vizcaino

3
DECLARATION OF ANGELO VIZCAINO ISO APPROVAL OF CLASS ACTION SETTLEMENT