| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | David D. Kadue (SBN 113578) |
| 2 | dkadue@seyfarth.com |
|   | Jamie Chanin Pollaci (SBN 244659) |
| 3 | jpollaci@seyfarth.com |
|   | Leo Q. Li (SBN 293539) |
| 4 | lli@seyfarth.com |
|   | 2029 Century Park East, Suite 3500 |
| 5 | Los Angeles, California 90067-3021 |
|   | Telephone:  (310) 277-7200 |
| 6 | Facsimile:   (310) 201-5219 |

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, CA  90071-1406
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
KIRKHILL-TA CO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEROTEK, INC., a Maryland corporation; AVISTA, INCORPORATED, a Wisconsin corporation; KIRKHILL-TA CO.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV-14-803-CJC-(JCGx)<br><br>*[Assigned to the Hon. Cormac J. Carney]*<br><br>**DEFENDANT KIRKHILL-TA CO.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**(Local Rule 7-9)**<br><br>Date:        August 7, 2017<br>Time:        1:30 p.m.<br>Courtroom: 9B<br><br>Date Action Filed: April 9, 2014<br>Date of Removal:  May 22, 2014 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that pursuant to Local Rule 7-9, Defendant Kirkhill-TA Co. ("Kirkhill") hereby gives notice that it does not oppose Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, scheduled for hearing before this Court at 1:30 p.m., on August 7, 2017.

DATED: July 17, 2017

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Leo Q. Li*
    David D. Kadue
    Jamie Chanin Pollaci
    Aaron R. Lubeley
    Leo Q. Li

Attorneys for Defendant
KIRKHILL-TA CO.