MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD (SBN 119513)
jbattenfeld@morganlewis.com
KATHRYN T. McGUIGAN (SBN 232112)
kmcguigan@morganlewis.com
ANNA KIM (SBN 292082)
anna.kim@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   213.612.2500
Fax:  213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
SHANNON B. NAKABAYASHI (SBN 215469)
shannon.nakabayashi@morganlewis.com
One Market, Spear Tower
San Francisco, CA  94105
Tel:   415.442.1000
Fax:  415.442.1001

Attorneys for Defendant
AEROTEK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEROTEK, INC., a Maryland corporation; AVISTA, INCORPORATED, a Wisconsin corporation; KIRKHILL-TA CO.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV-14-803-CJC-(JCGx)<br><br>[*Assigned to the Hon. Cormac J. Carney*]<br><br>**DEFENDANT AEROTEK, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**<br><br>**[LOCAL RULE 7-9]**<br><br>Date:   August 7, 2017<br>Time:  1:30 p.m.<br>Dep't:  9B |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31701973.1

1

CASE NO. SACV-14-803-CJC-(JCGX)
DEFENDANT AEROTEK INC.'S
STATEMENT OF NON-OPPOSITION

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-9, Defendant Aerotek, Inc. ("Aerotek") hereby gives notice that it does not oppose Plaintiff's Motion for Preliminary Approval of Class Action Settlement, scheduled for hearing before this Court at 1:30 p.m., on August 7, 2017.

DATED: July 17, 2017     Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Shannon B. Nakabayashi*
Shannon B. Nakabayashi
Attorneys for Defendant
AEROTEK, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 31701973.1

2

CASE NO. SACV-14-803-CJC-(JCGX)
DEFENDANT AEROTEK INC.'S
STATEMENT OF NON-OPPOSITION