**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Tuvia Korobkin (SBN 268066)
tkorobkin@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
2274 E. Maple Avenue
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOPEZ and ANGELO VIZCAINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AEROTEK, INC., a Maryland corporation; AVISTA, INCORPROATED, a Wisconsin corporation; KIRKHILL-TA CO.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. SACV-14-803-CJC-(JCGx)<br><br>**SUPPLEMENTAL BRIEF RE: SUBMISSION OF SETTLEMENT AGREEMENT TO LWDA**<br><br>Judge:     Hon. Cormac J. Carney<br>Date:      August 7, 2017<br>Time:      1:30 p.m.<br>Location:  Courtroom 9B<br><br>Action Filed:    April 9, 2014<br>Action Removed: May 22, 2014 |

SUPPLEMENTAL BRIEF RE: SUBMISSION OF SETTLEMENT AGREEMENT TO LWDA

Plaintiffs Maria Lopez and Angelo Vizcaino ("Plaintiffs") submit the following Supplemental Brief Re Submission of the Settlement Agreement to LWDA, in order to inform the Court of Plaintiffs' compliance with Labor Code § 2699(l), which requires that a settlement that resolves claims under the Private Attorneys General Act ("PAGA"), Labor Code 2698, *et seq.*, be submitted to the Labor & Workforce Development Agency ("LWDA").

On June 29, 2017, Plaintiffs submitted the following documents to the LWDA:

- Settlement Agreement;
- Motion for Preliminary Approval [Dkt. No. 112]; and
- Declaration of Paul K. Haines in Support of Preliminary Approval and all exhibits thereto (including the proposed Fourth Amended Complaint and class notices) [Dkt. No. 112-1].

Attached to this brief as **Exhibit A** is a copy of the confirmation page generated by the LWDA website after Plaintiffs submitted the aforementioned documents, and which indicates that all three of the aforementioned documents were submitted electronically to the LWDA, per Cal. Labor Code § 2699(l)(4) ("Items required to be submitted to the [LWDA] under this subdivision…shall be transmitted online…").

Dated: July 20, 2017

Respectfully submitted,
HAINES LAW GROUP, APC

  */s/ Paul K. Haines*
Paul K. Haines
Attorneys for Plaintiffs

1
SUPPLEMENTAL BRIEF RE: SUBMISSION OF SETTLEMENT AGREEMENT TO LWDA

# EXHIBIT A



## Private Attorneys General Act (PAGA) - Filing

## Proposed Settlement of PAGA case

PAGA Number (LWDA-CM-) OR Court Case Number:
**8:14-cv-00803-CJC-JCG**
*If entering the PAGA Case number, please enter only the eight digit number after "LWDA-CM-" in the following format, "XXXXXX-XX".*

**Your Information (Person Who is Filing)**

Your Full Name   Firm Name (if Any)       Your Email Address
**Paul K. Haines   Haines Law Group, APC   aclark@haineslawgroup.com**

Your Street Name, Number and Suite/Apt   Your Mobile Phone Number
**2274 East Maple Ave.**

Your City     Your Work Phone Number
**El Segundo   (424) 292-2350**

Your State
**California**

Your Zip/Postal Code
**90245**

**Plaintiff Information**

Plaintiff Name
**Maria Lopez and Angelo Vizcaino**

**Court and Hearing Information**

Court Case Number
**8:14-cv-00803-CJC-JCG**

Hearing Date (if any)
**August 7, 2017**

Hearing Time

1:30 p.m.

Hearing Location
411 West Fourth Street, Santa Ana, California 92701, Courtroom 9B

---

**Proposed Settlement and Other Documents**

Proposed Settlement
**Lopez Aerotek Settlement.pdf**

Other Attachment (if any)
**2017-06-22 Lopez Aerotek - Motion for Preliminary Approval (FINAL).pdf**

Other Attachment (if any)
**2017-06-27 Haines Declaration ISO Aerotek Motion for Preliminary Approval.pdf**

---

Should you have questions regarding this online form, please contact PAGAInfo@dir.ca.gov

Attached Files:

Lopez Aerotek Settlement.pdf (386 KB)
2017-06-22 Lopez Aerotek - Motion for Preliminary Approval (FINAL).pdf (103 KB)
2017-06-27 Haines Declaration ISO Aerotek Motion for Preliminary Approval.pdf (1.39 MB)